UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:26-CR-352-Y |
| | § | |
| CRISTOBAL PANTOJA-CANADA (1) | § | |

ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE AND ADJUDGING DEFENDANT GUILTY

The Court has reviewed all relevant matters of record in this case, including especially (1) the Consent to Administration of Guilty Plea and Allocution by United States Magistrate Judge and (2) the Report of Action and Recommendation on Plea Before the United States Magistrate Judge ("Report on Plea"). The defendant has waived in writing his right under 28 U.S.C. § 636(b)(1)(B) to file written objections to the Report on Plea. Therefore, the Court concludes that the Report on Plea is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty, and the defendant is hereby adjudged guilty of the offense of Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

SIGNED October 9, 2026.

Terry R. Means

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE